<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7306**

MICHAEL EDWARD KENNEDY,

    Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.  (1:07-cv-02964-BEL)

Submitted:  December 15, 2009  Decided:  December 18, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kennedy v. United States</u>, No. 1:07-cv-02964-BEL (D. Md. filed Nov. 27, 2007; entered Nov. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>